1  ROBERT W. PRITCHARD, *pro hac vice*
   (rpritchard@littler.com)
2  LITTLER MENDELSON
   A Professional Corporation
3  625 Liberty Avenue
   26th Floor
4  Pittsburgh, PA  15222                           JS-6
   Telephone:  412.201.7628
5  Facsimile:   412.774.1957

6  FERMIN H. LLAGUNO, Bar No. 185222
   (fllaguno@littler.com)
7  JAMES E. HART, Bar No. 194168
   (jhart@littler.com)
8  MARIA R. HARRINGTON, Bar No. 201901
   (mharrington@littler.com)
9  LITTLER MENDELSON
   A Professional Corporation
10 2050 Main Street
   Suite 900
11 Irvine, CA  92614
   Telephone:  949.705.3000
12 Facsimile:   949.724.1201

13 Attorneys for Defendant
   GENERAL NUTRITION CENTERS, INC.
14

15               UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17 | KRISTIN CASAREZ, et al.,        | Case No. SACV 07-00875-JVS (AGRx)
18 |         Plaintiffs,             | **ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE**
19 |     v.                          |
20 | GENERAL NUTRITION CENTERS, INC.,|
21 |                                 |
22 |         Defendant.              |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KRISTIN CASAREZ, et al., | Case No. SACV 07-00875-JVS (AGRx) |
|---|---|
| Plaintiffs, | **ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| GENERAL NUTRITION CENTERS, INC., | |
| Defendant. | |

AND NOW, THIS 14th DAY OF August, 2009, upon consideration of the Parties' Stipulation to Dismiss, it is ORDERED, ADJUDGED and DECREED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE, each party to bear its/his/her own costs.

The Court has reviewed *in camera* and hereby APPROVES the Settlement Agreement, General Release and Waiver of Claims (the "Agreement") executed by Plaintiffs and Defendant. In the event that a third party files a timely motion to intervene in the action and/or to file an appeal from any of the Court's Orders in the action, and if Plaintiffs or Defendant declare the Agreement to be void within ten (10) days thereafter, then upon application by the Parties pursuant to Rule 60 of the Federal Rules of Civil Procedure, the Court shall enter an Order to relieve the parties from this final judgment dismissing the action with prejudice so that the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1  Parties may be restored to their respective positions as of the date before they
2  executed the Agreement.
3        The Status Conference that had been scheduled for August 17, 2009
4  (Docket 84) shall be continued to September 28, 2009 at 11:00 a.m.   If no one files a
5  timely motion to intervene in the action and/or to file an appeal from any of the
6  Court's Orders in the action, then the Status Conference shall be cancelled.

**IT IS SO ORDERED**, this 14th day of August, 2009.

_____
THE HONORABLE JAMES V. SELNA,
JUDGE OF THE U.S. DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

Firmwide:90718809.1 052860.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2.